IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERRI O'REILLY                              Case No.: 3:12-CV-376

    Plaintiff,                              Judge Timothy S. Black

vs.

SIMM ASSOCIATES, INC., *et al.,*

    Defendants.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The Court having been notified that this case settled by Plaintiff's Notice of Settlement (Doc. 5) on December 12, 2012;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 40 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 12/19/2012                              *s/ Timothy S. Black*
                                                                                       Timothy S. Black
                                                                                       United States District Judge